## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SORIN PAUL MICLEA, ANCA MICLEA a/k/a ANCA MOLDOVAN     v.  CHASE BANKCARD SERVICES, INC. a corporation transacting business in Illinois; VISA U.S.A INC., et al. | FILED: JUNE 16, 2008 08CV3456 JUDGE ANDERSEN MAGISTRATE JUDGE ASHMAN NF |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| SORIN PAUL MICLEA, ANCA MICLEA a/k/a ANCA MOLDOVAN |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ IOANA SALAJANU |

| FIRM |
|---|
| LAW OFFICE OF IOANA SALAJANU |

| STREET ADDRESS |
|---|
| 101 N. Wacker Drive, Suite 101 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272981 | (312) 327-0050 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                    Case Number:

SORIN PAUL MICLEA, ANCA MICLEA a/k/a ANCA MOLDOVAN        v.

CHASE BANKCARD SERVICES, INC. a corporation transacting business in Illinois; VISA U.S.A INC., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) <br> SORIN PAUL MICLEA, ANCA MICLEA a/k/a ANCA MOLDOVAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ DONALD N. WILSON | |
| FIRM <br> MURRAY, JENSEN & WILSON, LTD. | |
| STREET ADDRESS <br> 101 N. Wacker Drive, Suite 101 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6206000 | TELEPHONE NUMBER <br> (312) 263-5432 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |