# Affidavit of Service

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

    Re: CIVIL ACTION 08-CV-3456
        SORIN PAUL MICLEA, individually, ANCA MICLEA a/k/a, ANCA MOLDOVAN, individually
          v.

        CHASE BANKCARD SERVICES, INC. a corporation transacting business in Illinois; VISA U.S.A. INC., a corporation transacting business in Illinois; WYNDHAM, CHICAGO, a corporation transacting business in Illinois.

I, WILLIAM SCHOBER,

FIRST DULY SWORN ON OATH DEPOSES AND STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED **EMPLOYEE OF THE CHICAGO POLICE DEPARTMENT.**

THAT I SERVED UPON AND LEFT PERSONALLY UPON **DAWN SCHULTZ**, SERVICE OF PROCESS FOR THE **CT CORPORATION SYSTEM, Registered Agent for VISA U.S.A., INC.**, AT 208 S. LASALLE ST., SUITE 814, CHICAGO, IL 60604, ON **JUNE 26, 2008 AT 2:50 PM**, A COPY OF THE SUMMONS AND COMPLAINT.

THE SUBJECT, **DAWN SCHULTZ, a Senior Process Specialist,** STATED THAT SHE IS AUTHORIZED TO ACCEPT SERVICE.

That the sex, race and approximate age of the person whom I left A COPY OF SUMMONS AND COMPLAINT are as follow:

| | | |
|---|---|---|
| Sex: FEMALE | Race: WHITE | Age: 50 |
| Height: 5'7" | Build: 180 LBS | Hair: BLONDE |

Date of Service    06/26/2008
Time of Service:   2:50 Pm

                                                                 William Schober

| STATE OF ILLINOIS, COUNTY OF COOK | | ss. |

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, CERTIFY THAT WILLIAM SCHOBER personally known to me to be the same person(s) whose name(s) are subscribed to the foregoing instrument, appeared before me this day in person, and acknowledged that they signed, sealed and delivered the said instrument as their free and voluntary act, for the uses and purposes therein set forth.

| Given under my hand and official seal, this | 24th | day of | June | 20 | 08 | . |

| Commission expires | 5/24 | , 20 | 11 | . |

_____ (Notary Public)

"OFFICIAL SEAL"
Lisa Mancini
Notary Public, State of Illinois
Commission Expires 5/24/2011

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 26, 2008 |
| NAME OF SERVER (PRINT) William Schober | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: <u>CT Corporation System, Registered Agent for VISA U.S.A., INC., 208 S. LaSalle Street, Suite 814, Chicago, IL 60604</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  26 Jun 08           *William Schober*
              Date               Signature of Server

7439 W. Lunt, Chicago, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.