IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SORIN PAUL MICLEA, Individually, and ANCA MICLEA a/k/a/ ANCA MOLDOVAN, Individually,<br><br>          Plaintiffs,<br><br>v.<br><br>CHASE BANKCARD SERVICES, INC., a corporation transaction business in Illinois; VISA U.S.A., INC., a corporation transaction business in Illinois; WYNDHAM CHICAGO, a corporation transaction business in Illinois,<br><br>          Defendants. | Court No.: 08-cv-3456 |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants, Chase Bankcard Services, Inc. ("Chase"), and Visa U.S.A., Inc. ("Visa"), by their attorneys, Barnes & Thornburg LLP, and pursuant to Fed. R. Civ. P. 12, moves this Court for an extension of time for the Defendants to Answer or otherwise plead and, in support hereof, state as follows:

1.    Plaintiffs filed a Complaint against Chase, Visa, and Wyndham Chicago ("Wyndham"), for claims involving various Federal statutes and breach of contract. The Complaint was served on Chase, Visa and Wyndham on June 26, 2008.

2.    Attorneys for Chase and Visa filed their Appearance on July 16, 2008.

3.    Pursuant to Fed. R. Civ. P. 12, Defendants have until July 16, 2008, in which to Answer or otherwise plead. Chase and Visa request an extension of time of 28 days, up to and including August 13, 2008, for all Defendants to file their Answers or otherwise plead. Chase and Visa request the additional time due to settlement discussions ongoing among the parties. Moreover, Visa and Chase have only recently retained counsel to defend them in this matter.

4.  Based on the foregoing reasons, Chase and Visa request additional time, up to and including, August 13, 2008 for all Defendants to file their Answers or otherwise plead.

5.  Plaintiff has agreed to allow Defendants an additional 28 days to Answer or otherwise plead to the Complaint.

WHEREFORE, Defendants, Chase Bankcard Services, Inc., and Visa U.S.A., Inc., request this Court enter an Order granting Defendants until August 13, 2008, to file their Answers or to otherwise plead and for such other relief as this Court deems just.

Respectfully submitted,

CHASE BANKCARD SERVICES, INC., and
VISA U.S.A., INC.


By: ___/s/ Charla L. Hausler___
    One of Their Attorneys

Charla L. Hausler
Brett H. Pyrdek
**Barnes & Thornburg LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313
*Attorneys for Chase Bankcard
Inc., and Visa U.S.A., Inc.*

CHDS01 CUH 475577v1

2