IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SORIN PAUL MICLEA, Individually, and ANCA MICLEA a/k/a/ ANCA MOLDOVAN, Individually,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CHASE BANKCARD SERVICES, INC., a corporation transaction business in Illinois; VISA U.S.A., INC., a corporation transaction business in Illinois; WYNDHAM CHICAGO, a corporation transaction business in Illinois,<br><br>　　　　　Defendants. | Court No.: 08-cv-3456 |

## NOTICE OF MOTION

To:　Ioana Salajanu　　　　　　　　　　　Donald N. Wilson
　　　The Law Offices of Ioana Salajanu　　Murray, Jensen & Wilson
　　　101 N. Wacker Drive, Suite 101　　　101 N. Wacker Drive, Suite 101
　　　Chicago, Illinois 60606　　　　　　　Chicago, Illinois 60606

　　**PLEASE TAKE NOTICE** that on July 23, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Wayne R. Andersen, or any judge sitting in his stead, in Courtroom 1403 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and present Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　CHASE BANKCARD SERVICES, INC., and
　　　　　　　　　　　　　　　　　　　VISA U.S.A., INC.

　　　　　　　　　　　　　　　　　　　By:　　/s/ Charla L. Hausler
　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Charla L. Hausler
Brett H. Pyrdek
**Barnes & Thornburg LLP**
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313
CHDS01 CUH 475577v1

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that I served a true and correct copy of the foregoing Notice of Motion and Defendants' Agreed Motion for Extension of Time to Answer or Otherwise Plead on the following attorneys of record, by depositing the same in the U.S. Mail, first class postage paid, from One N. Wacker Drive, Chicago, Illinois, before the hour of 5:00 p.m. on this 16th day of July 2008.

Ioana Salajanu  
The Law Offices of Ioana Salajanu  
101 N. Wacker Drive, Suite 101  
Chicago, Illinois 60606

Donald N. Wilson  
Murray, Jensen & Wilson  
101 N. Wacker Drive, Suite 101  
Chicago, Illinois 60606

                        By: _____/s/ Charla L. Hausler_____

CHDS01 CUH 475659v1